## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** 22-1859 WJ                    **Date:** 1/26/2024

**Parties:** USA v. Willard Dedios

**Courtroom Clerk/Law Clerk:** R. Garcia/none        **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Telephonic Status Conference

**Place of Court:** Albuquerque

**Total time in Court:** 7 minutes

**Evidentiary Hearing:** NO

**Attorneys Present for Plaintiff(s):**           **Attorneys Present for Defendant(s):**
Alexander Flores                                  Devon Fooks

**Proceedings:**

11:28   Court in telephonic session; counsel enter appearances; Defendant not present.

The Court notes defense counsel has filed a 4th motion to continue trial and has no issue with the continuance; notes the case needs to be resolved or go to trial; reviews Indictment.

Mr. Flores notes statutory sentencing exposure.

Mr. Fooks anticipates the case will be resolved and working with Mr. Flores re some language; a plea offer has been tendered he will review with his client; advises the Court of initial problems/issues with access to his client; notes he was originally housed in Otero/Las Cruces and is now in Cibola; advises issues with distance in conducting discovery on the reservation.

The Court offers to set up an in-person hearing/meeting with defense counsel and client in the courthouse/courtroom, if needed.

Mr. Fooks does note the length of time it takes to arrange for meetings with clients at the jail facility.

The Court is aware of the issues at Cibola; directs Mr. Fooks to phone the Court's CRD if there are any issues and an in-person meeting/hearing can be set; Court will grant Defendant's motion to continue trial.

Mr. Flores appreciates the Court concern re issues at Cibola.

11:35   Court in recess.