IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 22-CR-01859-WJ |
| ) | |
| vs. ) | |
| ) | |
| **WILLARD DEDIOS,** ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION
TO DISMISS COUNT 1 OF INDICTMENT WITHOUT PREJUDICE**

**THIS MATTER** comes before the Court on the United States' Unopposed Motion (Doc. 53) to dismiss Count 1 of the *Indictment* filed November 9, 2022 (Doc. 2) pursuant to the terms and conditions of the *Plea Agreement* (Doc. 36) entered into between the United States and the Defendant.

The Court being fully advised in the premises finds that the motion should be, and hereby is, **GRANTED**.

**IT IS HEREBY ORDERED** that Count 1 of the *Indictment* is hereby dismissed without prejudice as to Defendant WILLARD DEDIOS.

/s/

_____
**HONORABLE WILLIAM P. JOHNSON**
CHIEF UNITED STATES DISTRICT COURT
JUDGE

Submitted by:
Alexander F. Flores
Assistant U.S. Attorney